Christopher M. Schierloh (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BROTHER INTERNATIONAL CORPORATION,

        Plaintiff,                    07Civ. 7045

  - against -                    FRCP RULE 7.1
                                     **DISCLOSURE STATEMENT**
NIPPON YUSEN KAISHA d/b/a NYK LINE,

        Defendant.
------------------------------------------------------------X

NOW comes plaintiff, BROTHER INTERNATIONAL CORPORATION, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

BROTHER INDUSTRIES is the publicly traded parent company of plaintiff, BROTHER INTERANTIONAL CORPORATION, and is traded on the Tokyo Stock Exchange under ticker number 6448.

Dated: New York, New York
       August 6, 2007
       258-2

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                             By: _____
                                              Christopher M. Schierloh (CS-6644)
                                              317 Madison Avenue, 21st Floor
                                              New York, New York 10017
                                              (212) 286-0225