9029/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
NIPPON YUSEN KAISHA d/b/a NYK LINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BROTHER INTERNATIONAL CORPORATION,<br><br>                                    Plaintiff,<br>- against -<br><br>NIPPON YUSEN KAISHA d/b/a NYK LINE<br><br>                                    Defendants. | 07 CV 7045 (Judge Castel)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants NIPPON YUSEN KAISHA d/b/a NYK LINE certifies that upon information and belief this party has no corporate parents, subsidiaries, or affiliates which are publicly held.

                                                    CICHANOWICZ, CALLAN, KEANE,
                                                    VENGROW & TEXTOR, LLP
                                                    61 Broadway, Suite 3000t
                                                    New York, New York 10006
                                                    *Attorneys for Defendants*
                                                    NIPPON YUSEN KAISHA d/b/a NYK
                                                    LINE

By:    s/ Paul M. Keane
           Paul M. Keane (PMK-5934)