# MEMO ENDORSED

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER L. DEININGER*

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\** Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

October 2, 2007

Honorable Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Brother International Corporation v. Nippon Yusen Kaisha d/b/a NYK Line
    07 Civ. 7045

Dear Honorable Judge:

    We represent the plaintiff in the referenced action and, with the consent of counsel for defendant, are writing to request an adjournment of the initial conference scheduled for Friday, October 5th at 9:15 a.m.

    This request is made as counsel for plaintiff and defendant have discussed the case and feel there is a good chance that a settlement can be achieved within the next few weeks. To this end, we respectfully request an adjournment of Friday's conference to a date towards the end of October that is convenient for the Court.

    We thank the Court for its consideration of this request. This request is made without prejudice to either party, including defendant's potential jurisdiction motion.

Very truly yours,
CASEY & BARNETT, LLC

Christopher Schierloh
cms@caseybarnett.com

*[Handwritten endorsement: Conference adjourned from October 5 to 11/2/07 at 12:45p. SO ORDERED. USDJ 10-4-07]*